# United States Bankruptcy Court
## Eastern District of Louisiana

In re: Dagwood's Sandwich Shoppe, L.L.C., a Louisiana Limited Liability Company, Debtor

Case No. 08-10725
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Blondies on Stella LLC<br>Vaughn Cimini<br>110 Veterans Blvd.<br>Suite 222<br>Metairie, LA 70005 | Class II | 0.50% | Member |
| Blondies on Stella, LLC<br>Vaughn Cimini<br>110 Veterans Blvd.<br>Suite 222<br>Metairie, GA 70005 | Class I | 3.33% | Member |
| Catfish Investments LLC<br>Christopher Puckett<br>1214 Arabella Street<br>New Orleans, LA 70115 | Class II | 0.50% | Member |
| Chalk Sandwich Partners, LLC<br>Robert Foley<br>26 Hillcrest Road<br>Burlington, VT 05401 | Class II | 0.50% | Member |
| DSS Atlanta Partners, LLC<br>Mark Detrick<br>2250 Satellite Blvd.<br>Suite 130<br>Duluth, FL 30097 | Class I | 3.34% | Member |
| DSSF, LLC<br>Don Demers<br>155 W 68th Street<br>#1409<br>New York City, NY 10023 | Class II | 0.50% | Member |
| Eduardo Sanchez<br>14809 Aurea Lane<br>Oklahoma City, OK 73142 | Class II | 0.50% | Member |
| Elizabeth Williams & Rick Normand<br>1435 Jackson Avenue<br>New Orleans, LA 70130 | Class II | 0.50% | Member |
| Emory Rogers<br>P.O. Box 7225<br>West Palm Beach, LA 33405 | Class I | 1.00% | Member |

__2__ continuation sheets attached to List of Equity Security Holders

In re  Dagwood's Sandwich Shoppe, L.L.C., a Louisiana  Case No. 08-10725
       Limited Liability Company
                                                    ,
                                    Debtor
                    **LIST OF EQUITY SECURITY HOLDERS**
                              (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Geoffrey Rhode, LLC<br>Geoffrey Rhode<br>24304 Clelance Road<br>Covington, LA 70435 | Class I | 0.50% | Member |
| James J. Morrison, Jr.<br>312 Walnut Street<br>New Orleans, LA 70118 | Class II | 0.50% | Member |
| John & Ann Casbon<br>6334 Prytania Street<br>New Orleans, LA 70118 | Class II | 0.50% | Member |
| John & Patty Elstrott<br>9524 Wildwood Dr.<br>River Ridge, LA 70123 | Class II | 0.50% | Member |
| John C. Lopez III LLC<br>John C. Lopez III<br>6016 NW 120th Ct.<br>Oklahoma City, OK 73162 | Class II | 0.50% | Member |
| Joseph & Janet Capezza<br>3504 Kilmer Drive<br>Plant City, FL 33566 | Class II | 0.50% | Member |
| Kenneth R. Natori<br>45 East 62nd Street<br>New York City, LA 10021 | Class II | 2.00% | Member |
| Key Capital Partners LLC<br>Brandon Key<br>2805 Engineers Road<br>Belle Chasse, LA 70037 | Class II | 0.50% | Member |
| L. Berry Ventures, LLC<br>Lamar Berry<br>3224 N. Turnbull Dr.<br>Suite 200<br>Metairie, LA 70002 | Class I | 2.50% | Member |
| Lance & Leetha, LLC<br>Lance Harris<br>128 Old River Road<br>Alexandria, LA 71302 | Class I | 3.50% | Member |
| Lance Harris<br>128 Old River Road<br>Alexandria, LA 71302 | | 3.5% | Member |

Sheet  1  of  2  continuation sheets attached to the List of Equity Security Holders

In re   Dagwood's Sandwich Shoppe, L.L.C., a Louisiana        Case No.   08-10725
        Limited Liability Company
                                           Debtor,

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Montebella Money Matters LLC<br>George Baus<br>1102 Octavia Street<br>New Orleans, LA 70118 | Class II | 0.50% | Member |
| Newport Capital LLC<br>John E. Carter<br>2628 Sunset Drive<br>Tampa, FL 33629 | Class II | 0.50% | Member |
| Penthouse Apt Mgmt LLC<br>John Fenner French<br>230 Carondelet Street<br>New Orleans, LA 70130 | Class II | 0.50% | Member |
| Robert L Manard III<br>2600 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 | Class II | 0.50% | Member |
| Robert Myers<br>900 Galleon Drive<br>Naples, FL 34102 | Class I | 8.50% | Member |
| Ryan Family Partners, LLC<br>William F. Ryan<br>1347 Exposition Boulevard<br>New Orleans, LA 70118 | Class I | 13.83% | Member |
| Summerplace Associates, LLC<br>Robert Myers<br>900 Galleon Drive<br>Naples, FL 34102 | Class II | 15.00% | Member |
| Young, LLC<br>Dean Young<br>946 Bay Esplanade<br>Clearwater, FL 33764 | Class I | 7.50% | Member |

Sheet  2  of  2  continuation sheets attached to the List of Equity Security Holders

In re   Dagwood's Sandwich Shoppe, L.L.C., a Louisiana             Case No.    08-10725
        Limited Liability Company
_____,
                              Debtor

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of the Board of Managers - Dagwood's Sandwich Shoppe of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____April 25, 2008_____     Signature_/s/ Willliam F. Ryan_____
                                                   Wlllliam F. Ryan
                                                   Member of the Board of Managers - Dagwood's Sandwich Sh

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                             18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Louisiana

In re   Dagwood's Sandwich Shoppe, L.L.C., a Louisiana Limited Liability Company    Case No.   08-10725
                                                                                                                       Debtor(s)    Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Dagwood's Sandwich Shoppe, L.L.C., a Louisiana Limited Liability Company   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Blondies on Stella LLC
Vaughn Cimini
110 Veterans Blvd.
Suite 222
Metairie, LA 70005

Blondies on Stella, LLC
Vaughn Cimini
110 Veterans Blvd.
Suite 222
Metairie, GA 70005

Catfish Investments LLC
Christopher Puckett
1214 Arabella Street
New Orleans, LA 70115

Chalk Sandwich Partners, LLC
Robert Foley
26 Hillcrest Road
Burlington, VT 05401

DSS Atlanta Partners, LLC
Mark Detrick
2250 Satellite Blvd.
Suite 130
Duluth, FL 30097

DSSF, LLC
Don Demers
155 W 68th Street
#1409
New York City, NY 10023

Geoffrey Rhode, LLC
Geoffrey Rhode
24304 Clelance Road
Covington, LA 70435

John C. Lopez III LLC
John C. Lopez III
6016 NW 120th Ct.
Oklahoma City, OK 73162

Key Capital Partners LLC
Brandon Key
2805 Engineers Road
Belle Chasse, LA 70037

L. Berry Ventures, LLC
Lamar Berry
3224 N. Turnbull Dr.
Suite 200
Metairie, LA 70002

Lance & Leetha, LLC
Lance Harris
128 Old River Road
Alexandria, LA 71302

Montebella Money Matters LLC
George Baus
1102 Octavia Street
New Orleans, LA 70118

Newport Capital LLC
John E. Carter
2628 Sunset Drive
Tampa, FL 33629

Penthouse Apt Mgmt LLC
John Fenner French
230 Carondelet Street
New Orleans, LA 70130

Ryan Family Partners, LLC
William F. Ryan
1347 Exposition Boulevard
New Orleans, LA 70118

Summerplace Associates, LLC
Robert Myers
900 Galleon Drive
Naples, FL 34102

Young, LLC
Dean Young
946 Bay Esplanade
Clearwater, FL 33764

☐ None [*Check if applicable*]

| | |
|---|---|
| April 25, 2008 | /s/ Douglas S. Draper |
| Date | Douglas S. Draper #5073 |

Signature of Attorney or Litigant
Counsel for   Dagwood's Sandwich Shoppe, L.L.C., a Louisiana Limited Liability Company

Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Ste. 2500
New Orleans, LA 70130
504-299-3300 Fax:504-299-3399