## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  NO. 08-10725

DAGWOOD'S SANDWICH SHOPPE, L.L.C.  SECTION "A"

DEBTOR  CHAPTER 11

### ORDER GRANTING APPLICATION FOR APPROVAL OF EMPLOYMENT OF COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Considering the Application for Approval of Employment of Counsel for Official Committee of Unsecured Creditors [P-74], seeking authority to employ Mark S. Goldstein and Alicia M. Bendana, of counsel to, and the law firm of Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P., to assist the Official Committee of Unsecured Creditors ("Committee") in the performance of its duties in this Chapter 11 case;

**IT IS ORDERED** that the Committee is authorized to retain Mark S. Goldstein and Alicia M. Bendana, of counsel to, and the law firm of Lowe, Stein, Hoffman, Allweiss & Hauver, L.L.P., as counsel for the Official Committee of Unsecured Creditors, approved on a *nunc pro tunc* basis effective June 3, 2008, the date the Committee voted to retain said counsel.

Baton Rouge, Louisiana, June 6, 2008.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE