UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 08-10725 |
| DAGWOOD'S SANDWICH SHOPPE, L.L.C. | SECTION "A" |
| DEBTOR | CHAPTER 11 |
| Jointly Administered with | |
| IN RE | CASE NO. 08-10726 |
| DAGS SHOPPE PALM HARBOR, L.L.C. | SECTION "A" |
| DEBTOR | CHAPTER 11 |

## ORDER CONVERTING PROCEEDING FROM CHAPTER 11 TO CHAPTER 7

This matter came before the Court as a *Motion to Convert Case From Chapter 11 to Chapter 7* [P-439] (the "Motion") filed by Dagwood's Sandwich Shoppe, L.L.C. and Dags Shoppe Palm Harbor, L.L.C. (the "Debtors")

After considering the pleadings filed, and with proper service having been made and no objection filed,

**IT IS ORDERED** that the Motion is **granted**, and the proceedings, *Dagwood's Sandwich Shoppe, L.L.C.* case no. 08-10725 and *Dags Shoppe Palm Harbor, L.L.C.* case no. 08-10726 are converted from Chapter 11 to liquidation under Chapter 7 of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that pursuant to Bankruptcy Rule 1019, the Debtors must file a list of all obligations incurred during the Chapter 11 proceeding which remain unpaid. Said list is to include each creditor's full name, complete mailing address and the amount owing and is to be filed with the Court together with an updated mailing matrix no later than 15 days after entry of this Order.

**IT IS FURTHER ORDERED** that pursuant to Bankruptcy Rule 1019, the Debtors must file with this Court and with the U.S. Trustee, no later than 30days after entry of this Order, a financial statement and monthly operating reports showing operations during the Chapter 11 proceeding through the date of entry of this Order. Said financial statement to include a balance sheet and profit and loss statement, together with a list of all assets.

**IT IS FURTHER ORDERED** that should the Debtors fail to comply with the foregoing orders, citation for contempt and/or sanctions may be issued.

**IT IS FURTHER ORDERED** that the U.S. Trustee is to appoint a trustee for each of the converted proceedings.

New Orleans, Louisiana, February 22, 2010.

        Hon. Elizabeth W. Magner
        U.S. Bankruptcy Judge