# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: _Dagwood's Sandwich Shoppe, LLC_

CASE NUMBER: _08-10725_    For Period _Oct. 1, 2009_ to _Feb 22_ , 20 _10_ .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _3/4/10_
(date)

Debtor(s)*: _Dagwood's Sandwich Shoppe, LLC_

_William E Ryan_

By:** _William E Ryan_

Position: _MANAGER_

Name of preparer: _____

Telephone No. of Preparer _____

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

Dagwood's Sandwich Shoppe, LLC
08-10725
Balance Sheet

| | 4/4/2008 | 4/30/2008 | 5/31/2008 | 6/30/2008 | 7/31/2008 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **CURRENT ASSETS** | | | | | |
| Cash | $1,317.25 | $10,176.37 | $1,111.15 | $456.98 | $367.35 |
| Accounts Receivable Net | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 |
| Inventory, at lower of cost or market | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| Prepaid expenses & deposits | $1,554.00 | $1,554.00 | $1,154.00 | $1,154.00 | $1,154.00 |
| Other: CD | $159,091.83 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL CURRENT ASSETS | $412,382.81 | $262,150.10 | $252,684.88 | $252,030.71 | $251,941.08 |
| PP&E (Market Value) | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 |
| **TOTAL ASSETS** | **$506,251.76** | **$356,019.05** | **$346,553.83** | **$345,899.66** | **$345,810.03** |
| **LIABILITIES** | | | | | |
| **POST-PETITION LIABILITIES** | | | | | |
| Taxes Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accounts Payable | $0.00 | $1,050.89 | $822.71 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL POST-PETITION LIABILITIES | $0.00 | $1,050.89 | $822.71 | $0.00 | $0.00 |
| **PRE-PETITION LIABILITIES** | | | | | |
| Notes payable - secured | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 |
| Priority debt | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 |
| Unsecured Debt | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 |
| TOTAL POST-PETITION LIABILITIES | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 |
| TOTAL LIABILITIES | $8,285,474.30 | $8,286,525.19 | $8,286,297.01 | $8,285,474.30 | $8,285,474.30 |
| **EQUITY (DEFICIT)** | | | | | |
| PREFERRED STOCK - Class I | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 |
| COMMON STOCK - Class II | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 |
| **RETAINED EARNINGS** | | | | | |
| Pre-Petition Retained Earnings | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 |
| Adjustments | $0.00 | -$160,142.72 | -$160,314.54 | -$159,491.83 | -$159,491.83 |
| Post-Petition Retained Earnings | $0.00 | $8,859.12 | -$206.10 | -$860.27 | -$949.90 |
| TOTAL EQUITY | -$7,779,222.54 | -$7,930,506.14 | -$7,939,743.18 | -$7,939,574.64 | -$7,939,664.27 |
| **TOTAL LIABILITIES & EQUITY** | **$506,251.76** | **$356,019.05** | **$346,553.83** | **$345,899.66** | **$345,810.03** |

| | 8/31/2008 | 9/30/2008 | 10/31/2008 | 11/30/2008 | 12/31/2008 | 1/31/2009 | 2/28/2009 | 3/31/2009 |
|---|---|---|---|---|---|---|---|---|
| | $367.35 | $367.35 | $367.35 | $367.35 | $367.35 | $367.35 | $367.35 | $367.35 |
| | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 |
| | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 |
| | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 |
| | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 |
| | | | | | | | | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 |
| | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 |
| | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 |
| | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 |
| | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 |
| | | | | | | | | |
| | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 |
| | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 |
| | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 |
| | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 |
| | -$949.90 | -$949.90 | -$949.90 | -$949.90 | -$949.90 | -$949.90 | -$949.90 | -$949.90 |
| | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 |
| | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 | $345,810.03 |

| | 4/30/2009 | 4/30/2009 | 5/31/2009 | 6/30/2009 | 7/31/2009 | 8/31/2009 | 9/30/2009 | 10/31/2009 |
|---|---|---|---|---|---|---|---|---|
| | $367.35 | $367.35 | $367.35 | $367.35 | $367.35 | $367.35 | $367.35 | $367.35 |
| | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 |
| | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 |
| | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 |
| | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 |
| | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 |
| | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 |
| | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 |
| | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 |
| | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 |
| | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 |
| | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 |
| | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 |
| | -$949.90 | -$949.90 | -$949.90 | -$949.90 | -$949.90 | -$949.90 | -$949.90 | -$949.90 |
| | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 |
| | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** |

| | 11/30/2009 | 12/31/2009 | 1/31/2010 | 2/22/2010 |
|---|---|---|---|---|
| | $367.35 | $367.35 | $367.35 | $367.35 |
| | $230,419.73 | $230,419.73 | $230,419.73 | $230,419.73 |
| | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| | $1,154.00 | $1,154.00 | $1,154.00 | $1,154.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| | $251,941.08 | $251,941.08 | $251,941.08 | $251,941.08 |
| | $93,868.95 | $93,868.95 | $93,868.95 | $93,868.95 |
| | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| | $339,687.76 | $339,687.76 | $339,687.76 | $339,687.76 |
| | $59,052.24 | $59,052.24 | $59,052.24 | $59,052.24 |
| | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 | $7,886,734.30 |
| | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 |
| | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 | $8,285,474.30 |
| | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 | $4,000,000.00 |
| | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 | $1,917,500.00 |
| | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 | -$13,696,722.54 |
| | -$159,491.83 | -$159,491.83 | -$159,491.83 | -$159,491.83 |
| | -$949.90 | -$949.90 | -$949.90 | -$949.90 |
| | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 | -$7,939,664.27 |
| | **$345,810.03** | **$345,810.03** | **$345,810.03** | **$345,810.03** |

Dagwood's Sandwich Shoppe, LLC
08-10725
P&L

| | Filing Date | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|
| | 4/4/2008 | April | May | June | July |
| | | | | | |
| **NET REVENUE** | | | | | |
| COST OF GOODS SOLD: | | $20,864.23 | $13,351.66 | $13,077.82 | $1,500.00 |
| Material | | N/A | N/A | N/A | N/A |
| Labor - Direct | | N/A | N/A | N/A | N/A |
| Manufacturing Overhead | | N/A | N/A | N/A | N/A |
| **GROSS PROFIT** | | $20,864.23 | $13,351.66 | $13,077.82 | $1,500.00 |
| | | | | | |
| OPERATING EXPENSES | | | | | |
| Selling and Marketing | | $0.00 | $0.00 | $0.00 | $0.00 |
| General Administrative (rents, utilities, salaries, etc.) | | $12,005.11 | $22,416.88 | $13,731.99 | $1,589.63 |
| Other: | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL OPERATING EXPENSES | | $12,005.11 | $22,416.88 | $13,731.99 | $1,589.63 |
| INTEREST EXPENSE | | $0.00 | $0.00 | $0.00 | $0.00 |
| **INCOME BEFORE DEPRECIATION OR TAXES** | | $8,859.12 | -$9,065.22 | -$654.17 | -$89.63 |
| | | | | | |
| DEPRECIATION OR AMORTIZATION | | $0.00 | $0.00 | $0.00 | $0.00 |
| EXTRAORDINARY EXPENSES | | $0.00 | $0.00 | $0.00 | $0.00 |
| INCOME TAX EXPENSE (BENEFIT) | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **NET INCOME (LOSS)** | | $8,859.12 | -$9,065.22 | -$654.17 | -$89.63 |

| Month Aug | Month Sep | Month Oct | Month Nov | Month Dec | Month Jan | Month Feb | Month March |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |  |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |  |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |  |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |  |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Month | Month | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| April | May | June | July | August | September | October | November | December |
| | | | | | | | | |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Month | Month |
|---|---|
| January | February |
| | |
| | |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| $0.00 | $0.00 |
| | |
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| | |
| $0.00 | $0.00 |
| $0.00 | $0.00 |
| | |
| $0.00 | $0.00 |

Dagwood's Sandwich Shoppe, LLC
08-10725
Cash Receipts and Disbursements Statement
For Period 10/1/2009 to 2/22/2010

CASH RECONCILIATION

| | | |
|---|---|---|
| 1 Beginning Cash Balance (Ending Cash Balance from last month's report) | $367.35 | |
| 2 Cash Receipts (total Cash Receipts from page 2 of all Form 2-D's) | $0.00 | |
| 3 Cash Disbursements (total Cash Disbursements from page 3 of all Form 2-D's) | $0.00 | |
| 4 Net Cash Flow | $0.00 | |
| 5 Ending Cash Balance | $367.35 | |

CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| 1 Real Estate Account | $0.00 | N/A |
| 2 Trust Account | $0.00 | N/A |
| 3 Operating and/or Personal Account | $367.35 | JP Morgan Chase DIP Acct |
| 4 Payroll Account | $0.00 | N/A |
| 5 Tax Account | $0.00 | N/A |
| 6 Other Accounts (Specify checking or savings) | $0.00 | N/A |
| 7 Cash Collateral Account | $0.00 | N/A |
| 8 Petty Cash | $0.00 | |
| TOTAL (must agree with line 5 above) | $367.35 | |

**ADJUSTED CASH DISBURSEMENTS**

Dagwood's Sandwich Shoppe, LLC
08-10725
Cash Receipts and Disbursements Statement
For Period 10/1/2009 through 2/22/2010
Account Name: N/A    Account Number: N/A
Form 2-D, Page 3 of 4

## CASH RECEIPTS JOURNAL

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| | | |

| | | |
|------|---------------------|--------|
| | Total Cash Receipts | $0.00 |

Dagwood's Sandwich Shoppe, LLC
08-10725
Cash Receipts and Disbursements Statement
For Period 10/1/2009 to 2/22/2010
Account Name: N/A    Account Number: N/A
Form 2-D, Page 4 of 4

## CASH DISBURSEMENTS JOURNAL

| Date | Check No. | Payee | Description (Source) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           |       |                      |        |

|  | Total Cash Disbursements | $0.00 |
|--|--------------------------|-------|

Dagwood's Sandwich Shoppe, LLC
08-10725
Supporting Schedules
For Period 10/1/2009 to 2/22/2010

ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| Greg Paul | 6/1/2007, 8/1/2007 | N/A | $0.00 | $0.00 | $0.00 | $597.71 |
| Dagshop Partners, LLC c/o Bob Coston | 6/1/2007 | N/A | | | | $51.00 |
| Rachel Poynter | 8/31/2007, 9/1/2007 | N/A | | | | $134.63 |
| Tony Ratliff | 10/31/2007 | N/A | | | | $636.39 |
| William Stephenson | 4/30/2007 | N/A | | | | $14,000.00 |
| Cartoon Brands, Inc. c/o Bob Coston | 6/9/2006, 3/13/2007 | | | | | $215,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $0.00 | $0.00 | $0.00 | $230,419.73 |

Dagwood's Sandwich Shoppe, LLC
08-10725
Supporting Schedules
For Period 10/1/2009 to 2/22/2010

POST-PETITION ACCOUNTS PAYABLE REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | | | $0.00 | $0.00 | $0.00 | $0.00 |
| FICA | | | $0.00 | $0.00 | $0.00 | $0.00 |
| FUTA | | | $0.00 | $0.00 | $0.00 | $0.00 |
| SITW | | | $0.00 | $0.00 | $0.00 | $0.00 |
| SUTA (FL) | | | $0.00 | $0.00 | $0.00 | $0.00 |
| OTHER TAX | | | $0.00 | $0.00 | $0.00 | $0.00 |
| TRADE PAYABLES | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | N/A | N/A | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $0.00 | $0.00 | $0.00 | $0.00 |

Dagwoods' Sandwich Shoppe, LLC
08-10725
SUPPORTING SCHEDULES
For Period 10/1/2009 to 2/22/2010

INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Comp | N/A | N/A | N/A | N/A |
| General Liability | N/A | N/A | N/A | N/A |
| Proeprty (Fire, Theft) | N/A | N/A | N/A | N/A |
| Vehicle | N/A | N/A | N/A | N/A |
| *Other (list):* | | | | |
| D&O | Greenwich Inurance Company | $ 5,000,000.00 | 12/4/2008 | $ 4875.93* |
| E&O | Indian Harbor Insurance Company | $ 2,000,000.00 | 12/4/2008 | $ 4875.93* |

* A total of $5119.73 was paid to Premium Assignment Corporation to pay for both the D&O and E&O premiums for June by the Debtor.  Premium Assignment Corporation is an insurance premium finance company.

DAGWOOD'S SANDWICH SHOPPE, LLC
CASE NO. 08-10725
NARRATIVE STATEMENT


All efforts to sell license have been unsuccessful and Debtor has moved to convert to Chapter 7, which was granted on February 22, 2010 [P-454].

305212504600100412201

JPMorgan Chase Bank, N.A.
Louisiana Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

**Primary Account: 0000073108522**
**For the Period 10/1/09 to 10/30/09**

00000412 DPB 552 161 30409 - NNYNN T 1 000000000 62 0000
DAGWOOD'S SANDWICH SHOPPE L L C
DEBTOR IN POSSESSION
CASE #08-10725
C/O WILLIAM F RYAN
601 POYDRAS ST STE 2655
NEW ORLEANS LA 70130-6004

## J.P. Morgan Team

| | |
|---|---|
| Michelle Badon | (877) 576-2545 |
| Norma Coulter | |
| For assistance after business hours, 7 days a week. | |
| Hearing Impaired | (800) 243-6727 |
| | (800) 242-7383 |
| Online access: www.jpmorganonline.com | |

## Chase Business Classic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 93.32 |
| Fees, Charges & Other Withdrawals | 1 | (12.00) |
| **Ending Balance** | **1** | **$81.32** |

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers:

Telephone or write the bank (Consumer phone # and address on front of statement) and non- consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared.

Be prepared to give us the following information:
- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers:

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities Inc., member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value



**Member FDIC**



JPMorgan

JPMorgan Chase Bank, N.A.
Louisiana Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

00000503 DPB 552 161 33509 - NNNNN T 1 000000000 62 0000
DAGWOOD'S SANDWICH SHOPPE L L C
DEBTOR IN POSSESSION
CASE #08-10725
C/O WILLIAM F RYAN
601 POYDRAS ST STE 2655
NEW ORLEANS LA 70130-6004

## J.P. Morgan Team

| | |
|---|---|
| Michelle Badon | (877) 576-2545 |
| Norma Coulter | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access: **www.jpmorganonline.com** | |

# Chase BusinessClassic

## Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 81.32 |
| Fees, Charges & Other Withdrawals | 1 | (12.00) |
| **Ending Balance** | **1** | **$69.32** |

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers:

Telephone or write the bank (Consumer phone # and address on front of statement) and non- consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared.

Be prepared to give us the following information:
- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers:

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities Inc., member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value



**Member FDIC**

JPMorgan Chase Bank, N.A.
Louisiana Market
P O Box 260180
Baton Rouge, LA 70826-0180

ll...ll....ll..ll..ll...ll...l.l.l.l.l.l.l.l.l.l.l
00000419-DPB 552 161 00110 - NNNNN T 1 000000000 62 0000
DAGWOOD'S SANDWICH SHOPPE L L C
DEBTOR IN POSSESSION
CASE #08-10725
C/O WILLIAM F RYAN
601 POYDRAS ST STE 2655
NEW ORLEANS LA 70130-6004

**Primary Account:** 000000731088522
**For the Period 12/1/09 to 12/31/09**

## J.P. Morgan Team

| | |
|---|---|
| Michelle Badon | (877) 576-2545 |
| Norma Coulter | |
| For assistance after business hours, 7 days a week. | |
| Hearing Impaired | (800) 243-6727 |
| Online access: **www.jpmorganonline.com** | (800) 242-7383 |

## Chase BusinessClassic

### Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 69.32 |
| Fees, Charges & Other Withdrawals | 1 | (12.00) |
| **Ending Balance** | 1 | **$57.32** |


# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers:

Telephone or write the bank (Consumer phone # and address on front of statement) and non- consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared.

Be prepared to give us the following information:
- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers:

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc. which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities Inc. member NYSE, FINRA and SIPC.

---

**Investment Products: Not FDIC insured • No bank guarantee • May lose value**

---


**Member FDIC**

03052150360010037401

JPMorgan Chase Bank, N.A.
Louisiana Market
P O Box 260180
Baton Rouge, LA 70826-0180

00000374 DPB 552 161 03010 - NNNNN T 1 000000000 62 0000
DAGWOOD'S SANDWICH SHOPPE L L C
DEBTOR IN POSSESSION
CASE #08-10725
C/O WILLIAM F RYAN
601 POYDRAS ST STE 2655
NEW ORLEANS LA 70130-6004

## J.P. Morgan Team

| | |
|---|---|
| Michelle Badon | (877) 576-2545 |
| Norma Coulter | |
| For assistance after business hours, 7 days a week. | (800) 243-6727 |
| Hearing Impaired | (800) 242-7383 |
| Online access: **www.jpmorganonline.com** | |

# Chase BusinessClassic

## Checking Account Summary

| | Instances | Amount |
|---|---|---|
| Beginning Balance | | 57.32 |
| Fees, Charges & Other Withdrawals | 1 | (12.00) |
| **Ending Balance** | 1 | **$45.32** |

# Important Information About Your Statement

## In Case of Errors or Questions About Your Electronic Funds Transfers:

Telephone or write the bank (Consumer phone # and address on front of statement) and non- consumers contact Customer Service if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared.

Be prepared to give us the following information:

* your name and account number
* the dollar amount of the suspected error
* a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In Case of Errors or Questions About Non-Electronic Transfers:

Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

## Mutual Funds/Securities

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

Bank products and services are offered by JPMorgan Chase Bank, N.A. and its affiliates. Securities are offered by J.P. Morgan Securities Inc., member NYSE, FINRA and SIPC.

Investment Products: Not FDIC insured • No bank guarantee • May lose value



Member FDIC